IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KINGVISION PAY-PER-VIEW, LTD.,                    CV 05-1064-HU
a Delaware corporation,

                                                                                                                      ORDER
                 Plaintiff,

      v.

WOK'S UP RESTAURANT, an Oregon
corporation, et al.,

                 Defendants.

REDDEN, Judge:

On March 1, 2006, Magistrate Judge Hubel issued a Findings and Recommendation (doc. 17) that defendants' motion to dismiss plaintiff's complaint (doc. 6) should be granted. Defendants have filed timely objections and the matter is now before me pursuant to 28 U.S.C.§ 636(b)(1)(B) and Fed. R. Civ. P. 72(b) on de novo review. See 28 U.S.C. § 636(b)(1)(C); Bhan v. NME Hospitals, Inc., 929 F.2d 1404, 1415 (9th Cir. 1991).

1 - ORDER

For the reasons stated in my order in the related case, <u>Kingvision Pay-Per-View, Ltd., v. Wok's Up Restaurant, Inc.</u>, CV-05-1065, issued on April 26, 2005, I find no error in the Findings and Recommendation and I adopt them as my own. The motion to dismiss (doc. 6) is **GRANTED.**

IT IS SO ORDERED.

DATED this  26th   day of April, 2006.

                                             /s/ James A. Redden  
                                                   James A. Redden  
                                     Senior United States District Judge